**Order entered October 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01101-CV

## IN THE INTEREST OF T.A.S. AND C.W.S., CHILDREN

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-13-2197**

## ORDER

This is an accelerated appeal. Appellant's brief was due October 11, 2015. On October 13, 2015, we notified appellant the time for filing her brief had expired. We instructed her to file, within ten days, her brief and a proper motion to extend time for filing said brief. To date, no brief or motion has been filed.

We **ORDER** appellant to file, on or before November 2, 2015, her brief and a proper motion to extend time to file her brief. If appellant fails to file her brief and a proper motion by November 2, 2015, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

/s/     MOLLY FRANCIS
PRESIDING JUSTICE